Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 23 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
для the

District of

Division

Case No. CV-22-452-PHX-JJT

*(to be filled in by the Clerk's Office)*

Anette Martinez, personal representative of the Estate of Roland Lazaro Reyes

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Officer James John Mireles, City of Mesa, United States Marshals

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Anette Christine Martinez |
| Address | 862 South Drew Street |
| | Mesa / AZ / 85210 |
| | *City / State / Zip Code* |
| County | Maricopa |
| Telephone Number | 480-252-8164 |
| E-Mail Address | awzzen@aol.com |

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | James John Mireles |
| Job or Title *(if known)* | Officer |
| Address | 20 East Main Street   Suite 150, MS-1003 |
| | Mesa / AZ / 85201 |
| | *City / State / Zip Code* |
| County | Maricopa |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☒ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | State of Arizona  c/o Mark Brnovich |
| Job or Title *(if known)* | Arizona Attorney General |
| Address | 2005 North Central Ave |
| | Phoenix / AZ / 85004 |
| | *City / State / Zip Code* |
| County | Maricopa |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☒ Individual capacity     ☒ Official capacity

Defendant No. 3
Name: United States c/o U.S. Marshals Service
Job or Title (if known): Office of General Counsel, Attn: OGC Torts Team
Address: Building CG-3, 15th floor
Washington DC | | 20530-0001
City | State | Zip Code
County:
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity    ☒ Official capacity

Defendant No. 4
Name: City of Mesa
Job or Title (if known): 20 E Main St.
Address: Suite 150, MS-1003
Mesa | AZ | 85201
City | State | Zip Code
County: Maricopa
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity    ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th and 14th violations

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4th admendment violations

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Officer John Mireles is a Mesa Police department employee, Office Mireles was acting as a US Marshal at the time of the incedent was attempting service of a warrant for an outstanding fugitive, when he and his supervisor joined Mesa PD in persuit of decedent, Roland Lazaro Reyes. It is unclear whether Officer Mireles at the time of the deadly shooting was acting as a US Marshal or a Mesa Policen Officer.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

300 South Jefferson Street, Phoenix, AZ

B. What date and approximate time did the events giving rise to your claim(s) occur?

March 24, 2021 @ 1540

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Roland Reyes was shoplifting from Home Depot. His wife Antoinette Valenzuela was the driver at the beginning which was causing several accidents. In the police report one of the Mesa officers saw a woman driving the truck. Roland Reyes dropped off his wife at my home on Drew Street.
After my son, Roland Reyes, got into Tempe and dropped off his wife's cousin my son drove into Phoenix. According to Officer Mireles he states in his report that he was acting as a US Marshal surveying a violent person. Officer Mireles was listening over the radio about a chase going on from a shoplifter that started on Crimson and the 60.
According to the report Roland Reyes drove through the airport and some how got onto a dirt road by a rail road train. Officer Mireles' supervisor, Dwight Doane, tried to due a PIT maneuver twice which Roland Reyes was able to keep driving. According to Officer Mireles statement Roland Reyes turned the corner and hit a semi trailer. Officer Mireles tried to pin Roland Reyes by coming up to his driver side back panel to block him in. Officer Mireles stated in his statement that

Roland Reyes put his truck into reverse then when going forward pushed the frontend of the Officer Mireles' SUV out of the way to keep going. According to Officer Mireles' statement he just got out of his unmarked SUV was able to shut his door when the unmarked SUV was pushed into him. At which time he started shooting only the driver's side window. Officer Mireles was at the side of his SUV NOT in front of Roland Reyes' Expedition. Also in Officer Mireles' statement he NEVER provided any type of commands prior to shooting.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Roland Reyes was shot and killed without any warning or command to get out his his truck. Officer Mireles did not give Roland Reyes a chance to turn himself in. Roland Reyes was my only son and youngest of 5 children. Not a day goes by without me thinking of my son and how much I miss him. I have kept a journal that I write in almost everyday to help make it through the day. I have had to increase my medication which currently it is not working. Roland Reyes had 3 daughters which will never be able to get to know the man that would do anything for them. A mother should never have to bury their child. I feel like I am broken and I don't know if I will ever be put back together.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

When I had spoken with a lawyer she helped me figure out the amount that I should be asking for which would be $3,000,000. This would cover funeral expenses along with loss wages that he would have made for his life time.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff   Anette Christine Martinez

#### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| | |
|---|---|
| **Address** | _____ |
| | _____  _____  _____ |
| | *City*                *State*     *Zip Code* |
| Telephone Number | _____ |
| E-mail Address | _____ |